IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McPherson, Ronnie L | Case Number:  08 B 24008 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/03/09 | Filed:  9/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  December 23, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ronald B Lorsch Esq | Administrative | 3,774.00 | 0.00 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 34,000.00 | 0.00 |
| 4. | National City Mortgage Co | Secured | 30,675.51 | 0.00 |
| 5. | Capital One | Unsecured | 214.53 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 89.00 | 0.00 |
| 7. | CitiFinancial Auto Credit Inc | Unsecured | 292.28 | 0.00 |
| 8. | PRA Receivables Management | Unsecured | 75.98 | 0.00 |
| 9. | Illinois Student Assistance Commission | Unsecured | 7,140.24 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 132.66 | 0.00 |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | First Premier | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | Merrick Bank | Unsecured | | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Sprint | Unsecured | | No Claim Filed |
| | | | $ 76,394.20 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McPherson, Ronnie L

Printed: 02/03/09

Case Number:  08 B 24008

Judge:  Goldgar, A. Benjamin

Filed:  9/11/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: